```
                                                            FILED
 1  BENJAMIN B. WAGNER                                    SEP -1 2011
    United States Attorney
 2  CAMIL A. SKIPPER                               CLERK, U.S. DISTRICT COURT
    Assistant U.S. Attorney                       EASTERN DISTRICT OF CALIFORNIA
 3  501 I Street, Suite 10-100                    BY_____
    Sacramento, California  95814                         DEPUTY CLERK
 4  Telephone:     (916) 554-2709
    Facsimile:     (916) 554-2900
 5

 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7

 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CASE NO. 2:11-mj-00258-EFB
                                )
12            Plaintiff,        )  [proposed] ORDER EXTENDING TIME
                                )  FOR PRELIMINARY HEARING
13       v.                     )  PURSUANT TO RULE 5.1(d)
                                )
14  SARAVY YEM, and             )  [proposed] PRELIMINARY HEARING:
    ANGEL PANTOJA-LOPEZ,        )  9-28-2011
15                              )
              Defendants.       )
16  _____)

17       The Court has read and considered the Stipulation for Extension
18  of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the
19  parties in this matter on September 1, 2011.  The Court hereby finds
20  that the Stipulation, which this Court incorporates by reference into
21  this Order, demonstrates good cause for an extension of time for the
22  preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules
23  of Criminal Procedure.
24       The Court further finds that the extension of time would not
25  adversely affect the public interest in the prompt disposition of
26  criminal cases.
27  THEREFORE, FOR GOOD CAUSE SHOWN:
28
                                    1    [proposed] ORDER EXTENDING TIME FOR
                                         PRELIMINARY HEARING PURSUANT TO RULE 5.1(d)
                                         [United States v. Yem et al., 2:11-MJ-258-
                                                                              EFB]
```

1. The date of the preliminary hearing is extended to September 28, 2011, at 2:00 P.M.

2. Defendants shall appear at that date and time before Magistrate Judge Kendall Newman.

IT IS SO ORDERED.

_9/1/11_  
DATE

_Dale A. Drozd_  
DALE A. DROZD  
United States Magistrate Judge