```
1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  ANGELES ZARAGOZA, #270198
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ANGEL PANTOJA-LOPEZ
6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | ) | NO. CR. S-11-419-TLN |
|---|---|---|---|
| 11 | Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
|    |            | ) | **STATUS CONFERENCE AND EXCLUDING** |
| 12 | v. | ) | **TIME** |
|    |    | ) | |
| 13 | SARAVY YEM, et al., | ) | DATE: July 11, 2013 |
|    |                     | ) | TIME: 9:30 a.m. |
| 14 | Defendants. | ) | JUDGE: Hon. Troy L. Nunley |
|    |             | ) | |
| 15 | _____ | ) | |

16      ANGEL PANTOJA-LOPEZ by and through his counsel, ANGELES ZARAGOZA,

17 Assistant Federal Defender, SARAVY YEM, by and through his counsel,

18 DINA L. SANTOS and the United States Government, by and through its

19 counsel, MATTHEW G. MORRIS, Assistant United States Attorney, hereby

20 agree that the status conference set for May 15, 2013, be continued to

21 July 11, 2013, at 9:30 a.m..

22      This continuance is being requested because defense counsel

23 requires additional time to continue to research guideline issues and

24 review discovery, including numerous DVD's which appear to be

25 surveillance videos, discuss the case with the government, and pursue

26 investigation.

27      Specifically, both defendant's were Indicted on September 22,

28 2011, with one count of Conspiracy to Steal Mail and 60 counts of Mail

Theft by a Postal Service Employee.  Additional investigation is required, including the possibility of going to the scene of the alleged thefts with both defendants which requires schedule coordinating and travel for Mr. Pantoja-Lopez who currently resides in San Diego.  Furthermore, the guidelines on these types of cases can be very complicated to evaluate, particularly the potential loss amount and the number of victims.  These main issues are currently being researched by defense counsel.  Counsel for the defendants will communicate with the government before the next status conference to discuss any possible outstanding discovery and to discuss plea negotiations, including guideline calculations.  This continuance is necessary for the ongoing preparation of counsel. The parties anticipate that this case will resolve without the need of a trial.

Counsel, along with the defendants, agree that the time from the date of this order through July 11, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: May 2, 2013          Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/S/ Angeles Zaragoza
ANGELES ZARAGOZA
Assistant Federal Defender
Attorney for Defendant
ANGEL PANTOJA-LOPEZ

/ / /

/ / /

```
                              /S/ Angeles Zaragoza for
                              DINA L. SANTOS
                              Attorney for SARAVY YEM


DATE: May 2, 2013            BENJAMIN B. WAGNER
                              United States Attorney


                              /S/ Angeles Zaragoza for
                              MATTHEW G. MORRIS
                              Assistant United States Attorney
```

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Wednesday, July 11, 2013, at 9:30 a.m., for further Status Conference.

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from the date of this stipulation up to and including July 11, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: May 8, 2013

_____
Troy L. Nunley
United States District Judge