```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, Suite 359
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   Saravy Yem
6

7                 IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,      ) No. 2:11-CR-419 TLN
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER VACATING
13      v.                        ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
14 SARAVY YEM,                    )
   ANGEL PANTOJA-LOPEZ,           )
15              Defendants.       ) Date:  October 24, 2013
                                  ) Time:  9:30 a.m.
16 _____) Judge: Hon. Nunley

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States
19 Attorney Robert Matthew Morris, Counsel for Plaintiff, and Attorney
20 Dina L. Santos, Counsel for Defendant SARAVY YEM; AND Attorney Doug
21 Beevers, Counsel for ANGEL PANTOJA-LOPEZ, that the status conference
22 scheduled for August 22, 2013, be vacated and the matter be continued
23 to this Court's criminal calendar on October 24, 2013 at 9:30 a.m, for
24 a further status conference.
25      This continuance is requested by the defense for client
26 consultation, investigation and negotiations between the prosecution
27 and defense regarding settlement. There are over 20 disks of
28 surveillance in this case and the amount of loss is difficult to
```

assess. Attorney Doug Beevers is new to this case and will need time to review discovery. All counsel therefore seek additional preparation time and time to negotiate a possible settlement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that Ms. Santos has conferred with all Counsel in this matter and that they have agreed to the October 24, 2013, date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Aug. 16, 2013        /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for Defendant
                            Saravy Yem

Dated: Aug. 16, 2013        /S/ Doug Beevers
                            DOUG BEEVERS
                            Attorney for Defendant
                            Angel Pantoja-Lopez

Dated: Aug. 16, 2013        /S/ Matthew Morris
                            MATTHEW MORRIS
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: August 19, 2013

_____
Troy L. Nunley
United States District Judge