| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, #288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | ANGEL PANTOJA-LOPEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-CR-00419 TLN |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: December 12, 2013 |
| ANGEL PANTOJA-LOPEZ, et al., | ) | TIME: 9:30 AM |
| | ) | JUDGE: Hon. Troy L. Nunley |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, DINA SANTOS, attorney for defendant SARAVY YEM, and DOUGLAS BEEVERS, attorney for defendant ANGEL PANTOJA-LOPEZ that the status conference hearing date of October 24, 2013 be vacated, and the matter be set for status conference on December 12, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to continue to research guideline issues and review discovery, including numerous DVD's which appear to be surveillance videos, discuss the case with the government, pursue investigation, and to negotiate a resolution to this matter.

*U.S. v. Pantoja-Lopez*
Stipulation and Order

-1-

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 12, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 22, 2013           Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Douglas Beevers*
                                          DOUGLAS BEEVERS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ANGEL PANTOJA-LOPEZ

Dated: October 22, 2013           */s/ Dina Santos*
                                          DINA SANTOS
                                          Attorney for Defendant
                                          SARAVY YEM

Dated: October 22, 2013           BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Matthew Morris*
                                          MATTHEW MORRIS
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 24, 2013, status conference hearing be continued to December 12, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 12, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy

1  Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow
2  defense counsel reasonable time to prepare.
3  **IT IS SO ORDERED.**
4
5  Dated: October 23, 2013

_____
Troy L. Nunley
United States District Judge